Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Jose Leon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MYRON ENTERPRISES dba GET N GO, JONATHAN MYRON CHILINGERIAN, TRUSTEE OF THE JONATHAN AND JANET CHILINGERIAN FAMLY LIVING TRUST,<br><br>    Defendants. | No. 1:10-CV-00883-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to Magistrate Judge Anthony W. Ishii<br><br>Complaint filed: May 17, 2010 |

Plaintiff Jose Leon, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Myron Enterprises dba Get N Go, Jonathan Myron Chilingerian, Trustee of Jonathan and Janet Chilingerian Family Living Trust, through their attorney Lance Armo, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: October 15, 2010        /s/Tanya  Moore
                              Tanya Moore
                              Attorney for Plaintiff

/ /
/ /
Stipulation for Dismissal

Page 1

| | | |
|---|---|---|
| 1 | Date: October 15, 2010 | LAW OFFICE OF LANCE E. ARMO |
| 2 | | |
| 3 | | /s/ Lance Armo, Esq. |
| 4 | | Lance E. Armo, Esq. |
| 5 | | Attorney for Defendants Jonathan, Trustee of the Jonathan and Janet Chilingerian Family Living Trust and Myron Enterprises, Inc. |

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

ORDER

IT IS SO ORDERED.

Dated:  October 15, 2010                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal